UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JOHNSON,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNNAMED DEFENDANTS,<br><br>                    Defendants. | **1:16-cv-0708-DAD-MJS (PC)**<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR LEAVE TO AMEND**<br><br>**(ECF No. 21)** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This case was initiated on March 9, 2016, in the Southern District of California and transferred to this Court on May 20, 2016. Plaintiff's original pleading has not yet been screened. Plaintiff has now filed with the Court a letter which is construed as a motion for leave to file an amended complaint.

The Federal Rules of Civil Procedure provide that a party may amend or supplement his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B). In all other situations, a party's pleadings may only be amended or supplemented upon leave of court or stipulation of all the parties.

See Fed. R. Civ. P. 15(a)(2). In considering a motion for leave to file an amended pleading, "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

In the present case, leave of court is not required because Plaintiff's complaint has not yet been screened and no Defendant has yet been served with the pleading. Accordingly, Plaintiff may amend his complaint as of right, and his motion for leave to amend will be denied as moot.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for leave to amend (ECF No. 21) is DENIED as moot. Plaintiff may proceed to file an Amended Complaint.

IT IS SO ORDERED.

Dated:   July 22, 2016              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE