UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNNAMED DEFENDANTS,<br><br>　　　　Defendants. | 1:16-cv-00708-DAD-MJS (PC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO DISMISS CASE WITHOUT PREJUDICE**<br><br>**(ECF NO. 37)**<br><br>**CLERK TO CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. No other parties have appeared in this action. On February 1, 2017, Plaintiff filed a request to dismiss this case without prejudice. Pursuant to Federal Rule of Civil Procedure 41(a), this request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to dismiss this case without prejudice (ECF No. 37) is GRANTED; and
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:　February 3, 2017　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE